**Exhibit A to the Complaint**

**Location:** Ewing, NJ

**Total Works Infringed:** 24

**IP Address:** 173.61.190.39

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: 641DC51E8CB08F43EF29D0F151F6937540563FD3<br>File Hash:<br>6AB5C750B260D895A7A71B677B1504DBABD944476A44AEE0E61C2B55D35192D3 | 11-05-2023<br>04:36:15 | Blacked | 11-04-2023 | 11-13-2023 | PA0002439565 |
| 2 | Info Hash: C10ABDA2D7AE28582AAFD01C04A4CE25BCB4A81F<br>File Hash:<br>5A3FB941CB4D4CCFD8ABF5C3753A62736C0559695E2E46E10686D8D3921205DF | 10-19-2023<br>02:16:32 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 3 | Info Hash: 49DF6FDD62BCC7F2AD1F322CB99D8B359C044CCC<br>File Hash:<br>9E6A75CEAFDD7702981A80FD1A32E209E873A1BED00B60855F711F5C5BF035E6 | 10-17-2023<br>06:15:41 | Blacked Raw | 10-16-2023 | 11-13-2023 | PA0002439580 |
| 4 | Info Hash: 90EBE03A5802179F3EC393462F91790C995749D7<br>File Hash:<br>493C7EBE1438ED95F25D6B00DCA9D0937DEFB2873E0BBA80377DDDF1A1639B4B | 10-09-2023<br>19:49:53 | Blacked | 10-07-2023 | 10-18-2023 | PA0002435291 |
| 5 | Info Hash: D76DB1B1BA35E0E84328956E3339D255F8EBB0EA<br>File Hash:<br>F07CB4EA65B360347C9AAE536DBE82F9A160913FA9F7D88BCBE7A6BAE2D8F4A2 | 10-09-2023<br>19:38:14 | Blacked Raw | 10-09-2023 | 10-18-2023 | PA0002435308 |
| 6 | Info Hash: A42C1CEA46CD9DDC664B1C956FB89E4968B21BA2<br>File Hash:<br>685234BD676DFD706F938E1C4924B2959A88119ADAC69C53327476446AB1A38C | 10-08-2023<br>02:52:10 | TushyRaw | 10-04-2023 | 10-18-2023 | PA0002435604 |
| 7 | Info Hash: 756F97C3F34497D02236A11C4D35074801457FA8<br>File Hash:<br>B4479BED86BD7679A3120495A42534A22F7E673C9DA9FBA3DF28F23C02AABA25 | 10-02-2023<br>22:41:27 | Blacked Raw | 10-02-2023 | 10-18-2023 | PA0002435277 |
| 8 | Info Hash: 4F03EE47B6CDCA63FFADCCC9291C18E3A395A1DF<br>File Hash:<br>3BF8B6667BD1C72A192EDF55616694628CE5212326FF5D7C63C9C8A0B37F1422 | 10-01-2023<br>19:09:37 | Blacked Raw | 09-04-2023 | 09-17-2023 | PA0002430908 |
| 9 | Info Hash: 9B051B4B346120020114C51288BAA2CB8443B77A<br>File Hash:<br>5A898C7D9B55E10240A8F29BA8EACE1EB64AABE6489465075D7688F082AFE440 | 09-30-2023<br>22:37:47 | Blacked | 09-30-2023 | 10-18-2023 | PA0002435266 |
| 10 | Info Hash: 7E588401D8CAE523BF30B0A3B687B63372D63427<br>File Hash:<br>9D90013370362C89E6B63144E08D9E61833A2DFB86D2A3A67140B2FDD7ADD4A5 | 09-18-2023<br>21:27:54 | Blacked Raw | 09-18-2023 | 10-18-2023 | PA0002435281 |
| 11 | Info Hash: 3C6308C67F0472247F93F0F74BB56B940B4D3C28<br>File Hash:<br>CEB0B41FA06887C65ADCE6C07525D5A86E94836E1E94FCEB328BD25F23BB1D4E | 09-03-2023<br>04:39:56 | Blacked Raw | 08-14-2023 | 10-18-2023 | PA0002435302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 775E209BEF15B1608B2C57D5F94105F0A8F2FEA2<br>File Hash:<br>6CF30846B9C22DF42F9C5B2D0CE77A0575637AD3FEC1182F88134833A2EFE05F | 09-03-2023<br>04:28:18 | Blacked | 09-02-2023 | 09-18-2023 | PA0002430909 |
| 13 | Info Hash: F2CDA3E7EFFB94323CA4B5F4134D3F8E872216B7<br>File Hash:<br>967682FD283AB7D0140EE1FEF41F39A54F0AD87BFA60AC6B4E98C72173C5213E | 09-03-2023<br>04:28:17 | Blacked Raw | 07-31-2023 | 08-17-2023 | PA0002425528 |
| 14 | Info Hash: 345195C8C212D63247808CB9ACF7EB97D399B2AC<br>File Hash:<br>B3AD4F5F7C6F0547EC6A20379B03B6B4F8F53E64C7B1114ADF0CFDD6B8581678 | 08-21-2023<br>19:58:49 | Blacked Raw | 08-21-2023 | 09-17-2023 | PA0002430900 |
| 15 | Info Hash: DA4D1FB14B0D687C22D1F223BF2301EF5DE9C2A6<br>File Hash:<br>521E96D523B57C2460C381D38A42D7B3268D922403ACE4C58B2E4F91827A1F8C | 08-16-2023<br>08:35:29 | Tushy | 08-06-2023 | 08-17-2023 | PA0002425539 |
| 16 | Info Hash: 65ABAA901331EBD2E023EE9CA05A7406D5633D4B<br>File Hash:<br>660DD4C4C57C1AD39AECD65394D62EB6B17AF88CCFF90AD642A390DC5B20C7C2 | 08-16-2023<br>08:35:15 | Tushy | 07-09-2023 | 07-13-2023 | PA0002420353 |
| 17 | Info Hash: E83E98564B53D1A6AD7DF2C60423D6502C20C283<br>File Hash:<br>3EDD6F593A0729D690863A9C15EEC82A0277E2F7ABBA9507D2B6DCB7FA34196C | 08-16-2023<br>08:34:12 | Blacked | 07-30-2023 | 08-17-2023 | PA0002425764 |
| 18 | Info Hash: B8BBBE923000275CD5A0A962866949329FBA07F3<br>File Hash:<br>FA20BAAF166F1B9BA00188CEB842373F2796A65BE8CF68397EFCB2FE7C3B3E8E | 08-16-2023<br>08:32:12 | Blacked Raw | 01-02-2019 | 02-02-2019 | PA0002155379 |
| 19 | Info Hash: E32E6091BEC7A4EC0F7B3790091D4DD6D4368844<br>File Hash:<br>4F90CE55D757C603F9900A86135ED4ED2F36C2412729CD6633A1A08FC4086314 | 08-16-2023<br>08:26:37 | Blacked Raw | 06-08-2023 | 07-13-2023 | PA0002420361 |
| 20 | Info Hash: 46029F2CCB0B656612D8F10DBCB95EEA3B307EC4<br>File Hash:<br>19E7D50DFCEFF485A321F69AFDB586C40CA2AE94189BB53477C86E5696DED303 | 08-16-2023<br>08:26:34 | Blacked Raw | 06-28-2023 | 07-13-2023 | PA0002420343 |
| 21 | Info Hash: 3BC64C2DACE5BB4CD2AB84FDA6937D6BAE7FD522<br>File Hash:<br>A01E3F81F210391BE147664A30C08CE09533E82D2AFAA429D3717030E12CCAEB | 08-16-2023<br>08:25:46 | Blacked Raw | 05-14-2023 | 06-09-2023 | PA0002415357 |
| 22 | Info Hash: BB4EDC053B7EFB7E8E8D6BA2C55325758452B44E<br>File Hash:<br>BB3F4868F270A375E571BFD4285A0681D535235405C1426A33A498528C1A68FA | 08-16-2023<br>08:25:25 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |
| 23 | Info Hash: 3866F44DF6C220FE3204A55869D83229DCF19EAD<br>File Hash:<br>DE08D6299492E21A6C751752236837619888102A826FDFBFD4E8D16A5E9640E4 | 08-16-2023<br>08:24:59 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 24 | Info Hash: 06F64F08D5441FBCD21ED04111BFE6E89BA431D7<br>File Hash:<br>A432FB4DAABFDE2FD249F1E9A4B20FB370CB54767735846D56D81C74B10AB50C | 08-16-2023 08:22:40 | Blacked Raw | 02-21-2019 | 04-29-2019 | PA0002170356 |